# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*David Kelly and Mary Kelly v. Cook Group, et al.*;
Individual Case No. 1:19-cv-01517-JRS-TAB

## NOTICE OF APPEARANCE OF COUNSEL, DAVID M. GRIMES

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court pursuant to the Second Amended Order Establishing Policies and Procedures in MDL No. 2570 (No. 1:14-ml-02570-RLY-TAB, Dkt. No. 13122, at 1) (waiving *pro hac vice* requirement for MDL cases).

I appear in this case as counsel for Plaintiffs David Kelly and Mary Kelly; Individual Case No. 1:19-cv-01517-JRS-TAB.

Dated: July 30, 2024                     Respectfully submitted,

                                         LEVIN SIMES LLP

                                         By: _____

                                         David M. Grimes
                                         LEVIN SIMES LLP
                                         1700 Montgomery Street, Suite 250
                                         San Francisco, CA 94111
                                         Telephone: (415) 426-3000
                                         Fax:       (415) 426-3001
                                         Email:     dgrimes@levinsimes.com

                                         *Counsel for Plaintiffs David Kelly and Mary Kelly*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ David M. Grimes*
       David M. Grimes